DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PENNINGER v. BARRIER

No. 195 PC.

Case below: 29 N.C. App. 312.

Petition by defendants for discretionary review under G.S. 7A-31 denied 14 July 1976.

## RAFTERY v. CONSTRUCTION CO.

No. 202 PC.

Case below: 29 N.C. App. 495.

Petition by defendant Clark Equipment Co. for discretionary review under G.S. 7A-31 allowed 14 July 1976.

## SMITH AND ASSOCIATES v. PROPERTIES, INC.

No. 176 PC.

Case below: 29 N.C. App. 447.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 14 July 1976.

## STATE v. BROWN

No. 178 PC.

Case below: 29 N.C. App. 409.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1976.

## STATE v. CURRY & ATKINSON

No. 181 PC.

Case below: 29 N.C. App. 615.

Petition by defendant Atkinson for discretionary review under G.S. 7A-31 denied 14 July 1976.